**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 07-2204**

_____

ABU ALLIAH MOHAMMED BADRUDDOZA,

              Plaintiff - Appellant,

        v.

THE UNITED STATES LAW ENFORCEMENT UNITS - THE POLICE
DEPARTMENTS; ALEXANDRIA POLICE DEPARTMENT,

              Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Leonie M. Brinkema, District
Judge.  (1:07-cv-01074-LMB-BRP)

_____

Submitted:  March 27, 2008              Decided:  April 1, 2008

_____

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Abu Alliah Mohammed Badruddoza, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Abu Alliah Mohammed Badruddoza appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  <u>Badruddoza v. U.S. Law Enforcement Units</u>, No. 1:07-cv-01074-LMB-BRP (E.D. Va. Oct. 31, 2007).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>